

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

UNCLAIMED DIVIDENDS/DIVIDENDS LESS THAN $5 FOR DEPOSIT TO REGISTRY FUND

DEBTOR: _Wm & Cary Seward_

CASE NUMBER: _95 261 dod_

PLEASE CHECK ONE:

✓ UNCLAIMED DIVIDENDS

___ DISTRIBUTION LESS THAN $5

| CREDITOR/ADDRESS | CLAIM NO. | AMOUNT |
|---|---|---|
| debtor | no asset | 8046.08 |

21460
8046.08

INTEREST EARNED SUBSEQUENT TO DISTRIBUTION OF DIVIDENDS
$ _____

TOTAL: $ 8046.08

DATE: _12/5/10_

TRUSTEE